IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DENNIS McGINTY, PT, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:18-cv-359-S |
| ALEX AZAR, Secretary, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 32]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court denies Plaintiff's Motion for Summary Judgment [ECF No. 18], grants Defendant's Motion for Summary Judgment [ECF No. 21], and dismisses all claims with prejudice. All relief not previously granted is hereby denied.

**SO ORDERED.**

SIGNED July 11, 2019.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**